# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| SADIS & GOLDBERG, LLP | | CIVIL ACTION
| | No. 19-cv-01682
| | JUDGE ARTHUR J. SCHWAB
| Plaintiff |
| vs. |
| |
| AKSHITA BANERJEE AND |
| SUMANTA BANERJEE |
| |
| Defendants |

## NOTICE OF APPEAL

Notice is hereby given that Sumanta Banerjee and Akshita Banerjee, defendants in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Feb. 20, 2020 Order (CM/ECF #13) entering final judgment in favor of Plaintiffs and against Sumanta Banerjee and Akshita Banerjee, Defendants.

Dated: August 20, 2020

Respectfully submitted,

*/s/Sumanta and Akshita Banerjee*
Sumanta Banerjee and Akshita Banerjee
1514 Cook School Road
Pittsburgh, PA 15241
203 501 0796
zbacllc@gmail.com
*Pro Se Defendants*

```
Court Name: USDC, WESTERN DISTRICT OF PA
Division: 2
Receipt Number: 2466806436
Cashier ID: nlinkes
Transaction Date: 08/25/2020
Payer Name: Akshita Banerjee

NOTICE OF APPEAL/DOCKETING FEE
 For: Akshita Banerjee
 Case/Party: D-PAW-2-19-CV-001682-001
 Amount:         $505.00

CREDIT CARD
 Amt Tendered:  $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:        $0.00
```