# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SADIS & GOLDBERG, LLP, <br><br> Plaintiff, <br><br> vs. <br><br> AKSHITA BANERJEE AND SUMANTA BANERJEE, <br><br> Defendants. | CIVIL ACTION NO. 2:19-cv-01682 (AJS) |

## ENTRY OF DEFAULT

**I, JOSHUA C. LEWIS**, Clerk of Court of the United States District Court for the Western District of Pennsylvania, do hereby certify that the Defendants, Akshita Banerjee and Sumanta Banerjee, have not filed an Answer or otherwise moved with respect to the Complaint in this action within the time allotted by the Court. The default of Defendants, Akshita Banerjee and Sumanta Banerjee, is hereby noted and entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Pittsburgh, Pennsylvania
       February ___, 2020

                                          CLERK OF COURT

                                                                  202002
                                          *Joshua C. Lewis*      sdp
                                          Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SADIS & GOLDBERG, LLP,** | CIVIL ACTION NO. 2:19-cv-01682 (AJS) |
| Plaintiff, | |
| vs. | |
| **AKSHITA BANERJEE AND SUMANTA BANERJEE,** | |
| Defendants. | |

## JUDGMENT

Defendants Akshita Banerjee and Sumanta Banerjee, having failed to plead or otherwise defend in this action, and default having been entered,

NOW, upon application of the Plaintiff and upon affidavit that Defendants are jointly and severally indebted and liable to the Plaintiff in the sum of $539,956, that Defendants are not minors or incompetent persons and not in the military service of the United States, it is hereby

ORDERED, ADJUDGED, AND DECREED, that Defendants are jointly and severally liable to Plaintiff in the sum of $539,956, and Plaintiff shall recover of Defendants that sum of $539,956 plus the costs of this suit.

Dated: Pittsburgh, Pennsylvania
February ___, 2020

CLERK OF COURT

202002
*Joshua C. Lewis*     sdp
Signature of Clerk or Deputy Clerk